UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVEN J. NIGG,

    Petitioner,

v.

    Case No.: 18-C-1022
    Related Case: 10-CR-273

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

Steven J. Nigg is currently serving a 15-year sentence imposed under the Armed Career Criminal Act (ACC), in violation of 18 U.S.C. § 924(e). Nigg has filed a petition for relief under 28 U.S.C. § 2255. The government has argued in response that the petition is Nigg's second such petition and, thus, he must first seek leave from the Court of Appeals. The government also argues that Nigg's petition fails on the merits. Having considered the grounds alleged in the petition and the government's response, and given this rapidly changing area of law, the court concludes that the interests of justice require representation by counsel. Accordingly, the court hereby directs that counsel be appointed pursuant to 18 U.S.C. § 3006A(a)(2)(B). A copy of this Order shall be provided to the Federal Defender. Once counsel is appointed, the Clerk is directed to set this matter on the court's calendar for a telephone conference.

**SO ORDERED** this   19th   day of July, 2018.

    s/ William C. Griesbach

    William C. Griesbach, Chief Judge
    United States District Court - WIED